IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CR-00031-RJC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TERRENCE WILLIAMS | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se to reconsider the sentence imposed when his supervised release was revoked. (Doc. No. 62).

The United States Court of Appeals for the Fourth Circuit has ruled that neither the federal statutes nor the Rules of Criminal Procedure authorize a motion for reconsideration in a criminal case. United States v. Breit, 754 F.2d 526, 530 (4th Cir. 1985) ("[D]efendant's remedies are limited by the statutes and Federal Rules of Criminal and Appellate Procedure . . ."). Accordingly, a defendant must file a notice of appeal within 14 days after the entry of the order being appealed. Fed. R. App. P. 4(b)(1)(A)(i). However, the instant motion was filed after the defendant's appeal, (Doc. No. 57), was dismissed for failure to prosecute, (Doc. No. 61: Order and Mandate).

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 62), is **DISMISSED**.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: September 25, 2020

_____
Robert J. Conrad, Jr.
United States District Judge